IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 2:22CR29             Date: 12/09/2022

| Defendants: | Counsel: |
|---|---|
| Michael Donivan White | Juval Scott & Amy Austin |

PRESENT:  JUDGE: Pamela Meade Sargent          TIME IN COURT: 10:08-10:23am
          Deputy Clerk: Allison Meade           TOTAL: 15 minutes
          Court Reporter: Allison Meade, FTR
          U. S. Attorney: Lena Busscher
          USPO: Sumer Taylor
          Case Agent: Corey Duke
          Court Security Officer: Keith Anderson
          Interpreter: N/A

### INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance as to Michael White. Defendant advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed and present.
☒ Defendant not eligible for bond because he is currently being held on state charges without bond.

### ARRAIGNMENT

☒ Defendant waives reading of Indictment/Information.
☒ Defendant is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | All counts | | |
| 2 | | | | |

☒ Jury trial to be set at pre-trial conference later today by Judge Urbanski.
☒ Defendant remanded to custody.

Additional Information:

Due Process Protections Act admonition given to the government; written Order to follow.