UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:22CR00029 |
| | ) | |
| MICHAEL DONIVAN WHITE, ET AL. | ) | |

**NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America, by and through its undersigned counsel, and notifies the Court and the defendant, MICHAEL DONIVAN WHITE, that the United States will not seek the sentence of death in this case.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ Lena L. Busscher
Lena L. Busscher
VA Bar No. 82353
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

1

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Government's Notice of Intent Not to Seek the Death Penalty has been electronically filed by the CM/ECF system, which will send notification of such filing to defense counsel, on this 12th day of December, 2022.

                                            /s/Lena L. Busscher