IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:22-cr-029-01 |
| | ) |
| MICHAEL DONIVAN WHITE, | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

### ORDER

This matter comes before the court on defendant Michael White's Motion to Change Venue, ECF No. 162. The government opposes this motion. ECF No. 168. For the reasons stated in the accompanying memorandum opinion, White's Motion to Change Venue, ECF No. 162, is **DENIED** without prejudice.

It is **SO ORDERED**.

Entered: July 20, 2023

*/s/ Michael F. Urbanski/*

Michael F. Urbanski
Chief United States District Judge

1